# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12–14596**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mohammed I Siddiqui | Syeda M Fatima |
| 423 Red Sky Drive | 423 Red Sky Drive |
| Saint Charles, IL 60175 | Saint Charles, IL 60175 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–5813                                         xxx–xx–6925

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>August 13, 2012</u>                    <u>Kenneth S. Gardner, Clerk</u>
                                                 United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-14596-MB
Mohammed I Siddiqui                                                 Chapter 7
Syeda M Fatima
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 2            Date Rcvd: Aug 13, 2012
                              Form ID: b18             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2012.
```
db/jdb     +Mohammed I Siddiqui,    Syeda M Fatima,    423 Red Sky Drive,    Saint Charles, IL 60175-6557
18757528   +Acs/Pcr Pers Comp Rent,    211 College Rd E Ste 1,    Princeton, NJ 08540-6610
18757529   +Affil Credit (Original Creditor:Medical),    3055 41st St Nw St Po Box 7739,
             Rochester, MN 55903-7739
18757532   +CDI,   1416 South Randall Road,    Geneva, IL 60134-4682
18757535   +Codilis & Associates,    15W030 N. Frontage Road,    Willowbrook, IL 60527-6921
18757536   +Delnor Community Hospital,    PO Box 739,    Moline, IL 61266-0739
18757538   +Edfinancial,   120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
18757539   +Edfl Svcs/Idapp,    120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
18757540    Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
18757541   +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
18757542   +Fed Loan Serv,    Po Box 69184,   Harrisburg, PA 17106-9184
18757545   #+Law Office of Kevin E. Stroud II,    24402 W. Lockport Street, Suite 221,
             Plainfield, IL 60544-4268
18757547    PNC Bank,   Commercial Loan Operations,    Po Box 747046,    Pittsburgh, PA 15274-7046
18757546   +Pnc Bank,   Po Box 3180,    Pittsburgh, PA 15230-3180
18757548   +Tender Loving Care,    2455 Dean St # A,    Saint Charles, IL 60175-4830
18757549   +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
18757552   #+USA Debt Professionals,    24402 W. Lockport Street, Suite 221,    Plainfield, IL 60544-4268
18757551   +Us Dept Of Ed/Glelsi,    2401 International Ln,    Madison, WI 53704-3121
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: QECBERG.COM Aug 14 2012 01:38:00      Elizabeth C Berg,    Baldi Berg & Wallace,
             19 S LaSalle Street Suite 1500,    Chicago, IL 60603-1413
18757530    EDI: HNDA.COM Aug 14 2012 01:39:00      American Honda Finance,    2170 Point Blvd Ste 100,
             Elgin, IL 60123
18757531   +EDI: AMEREXPR.COM Aug 14 2012 01:38:00      Amex,   P.O. Box 981537,    El Paso, TX 79998-1537
18757533    EDI: CIAC.COM Aug 14 2012 01:38:00      Citimortgage Inc,    Po Box 9438,
             Gaithersburg, MD 20898-9438
18757537   +EDI: DISCOVER.COM Aug 14 2012 01:38:00      Discover Fin Svcs Llc,    Po Box 15316,
             Wilmington, DE 19850-5316
18757543   +EDI: RMSC.COM Aug 14 2012 01:38:00      Gecrb/Jcp,    Po Box 984100,    El Paso, TX 79998-4100
18757544    EDI: CBSKOHLS.COM Aug 14 2012 01:38:00      Kohls/Cap1,    Po Box 3115,   Milwaukee, WI 53201-3115
18757550    EDI: CITICORP.COM Aug 14 2012 01:38:00      Unvl/Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18757534*  +Citimortgage, Inc.,    PO Box 9438,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: admin              Page 2 of 2              Date Rcvd: Aug 13, 2012
                              Form ID: b18             Total Noticed: 26


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2012 at the address(es) listed below:
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com
              Mohammed O Badwan    on behalf of Debtor Mohammed Siddiqui courtinfo@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```